UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GREGORY PRUITT | ) |
| | ) |
| Plaintiff, | )   1:14-cv-1176-SEB-MJD |
| | ) |
| v. | ) |
| | ) |
| RUAN LOGISTICS CORPORATION, | ) |
| E-SCREEN | ) |
| | ) |
| and | ) |
| | ) |
| SUE WARD, LISA ARNOLD-HARVEY, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Plaintiff, Gregory Pruitt, and Defendants, Ruan Logistics Corporation, Sue Ward and Lisa Arnold-Harvey, by their respective counsel, hereby requests Stipulation of Dismissal of this action, therefore it is ordered that the above entitled cause be dismissed, with prejudice, costs paid, in that all matters of controversy between the parties have been fully compromised and settled.

SO ORDERED.

03/13/2015

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Craig W. Wiley
Jackson Lewis P.C.
10 W. Market Street, Suite 2400
Indianapolis, IN   46204

Tae Sture
Sture Legal Services
9000 Keystone Crossing, #6600
Indianapolis, IN   46240